UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Mullinax** **Docket No. 7:23-CR-43-2D**

**Petition for Action on Supervised Release**

COMES NOW John P. Nasuti, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Mullinax, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of a Mixture and Substance Containing Methamphetamine, in violation of 21 U.S.C. §§ 846, 841(b)(1)(C), and 841(a)(1) and Distribution of a Quantity of a Mixture and Substance Containing Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on December 19, 2023, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

On January 28, 2026, the case was reassigned to the Honorable James C. Dever III, United States District Judge.

Michael Mullinax was released from custody on April 27, 2026, at which time the term of supervised release commenced.

On June 25, 2026, a Petition for Action on supervised release was submitted to the court. It was recommended that supervision continue. The court agreed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant possessed methamphetamine, as evidenced by the test conducted on July 30, 2026, that yielded a positive result for methamphetamine. Laboratory confirmation reports further verified that the specimen tested positive for methamphetamine. Additionally, the defendant admitted to using methamphetamine. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. The court will be advised should additional violations occur, and appropriate sanctions will be requested.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall submit to a search, at any time, with or without a warrant, and by any law enforcement or probation officer, of the defendant's person and any property, house, residence, vehicle, and effects upon reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the defendant, or by any probation officer in the lawful discharge of the officer's supervision functions.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ John P. Nasuti
John P. Nasuti
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2056
Executed On: October 2, 2026

**ORDER OF THE COURT**

Considered and ordered this 5 day of October, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
United States District Judge